# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Luis Alberto Hernandez Hernandez, | Case No. 2:26-cv-00769-CDS-EJY |
| Petitioner | **Order Granting Petitioner's Motion to Dismiss** |
| v. | |
| Todd Blanche, et al., | [ECF No. 17] |
| Respondents | |

Counsel for petitioner Luis Alberto Hernandez Hernandez voluntarily moves to dismiss the first amended petition for writ of habeas corpus because Hernandez Hernandez was lawfully removed to his country of origin and is no longer in the custody of the Department of Homeland Security. Mot., ECF No. 17. Counsel asserts that Hernandez Hernandez's removal renders the petition moot. *Id.* In support of their contention that the petition is moot, counsel submitted evidence showing that, on March 23, 2026, the Board of Immigration Appeals dismissed Hernandez Hernandez's second appeal, which rendered his removal order final. BIA decision, Pet'r's Ex. 1, ECF No. 17-1. The respondents filed a notice of lawful deportation documenting Hernandez Hernandez's removal from the United States to Mexico pursuant to a final order of removal. Notice, ECF No. 16. It included a warrant of removal. Resp'ts' Ex. A, ECF No. 16-1.

"Deportation from the United States after filing a habeas petition does not necessarily moot a petitioner's claim." *Abdala v. INS*, 488 F.3d 1061, 1063 (9th Cir. 2007). However, if the petition raises claims that were fully resolved by release from custody, then the petition becomes moot "because successful resolution of their pending claims could no longer provide the requested relief." *Id.* at 1065.

Here, Hernandez Hernandez challenges the legality of his continued detention and requests an order of release or, alternatively, a bond hearing before an immigration judge to order his release. ECF No. 10 at 23. Hernandez Hernandez was removed from the United States. As he is no longer detained, the court is unable to grant the relief requested. Therefore, this habeas action relating to his continued detention is moot. *Koy v. Holder*, 2011 U.S. Dist. LEXIS 123441 (E.D. Cal Oct. 24, 2011) (finding a petition challenging the petitioner's continued detention as moot after the petitioner was removed from the United States). Accordingly, because the case is moot and must be dismissed, the petitioner's motion is granted.

**Conclusion**

IT IS HEREBY ORDERED that Hernandez Hernandez's motion to dismiss **[ECF No. 17] is GRANTED**; therefore, this case is dismissed with prejudice as moot.

The Clerk of the Court is kindly directed to close this case.

Dated: June 2, 2026

_____
Cristina D. Silva
United States District Judge